CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JUL 2 7 2017

JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

| | | |
|---|---|---|
| RICKY ODELL BOWMAN, JR., | ) | CASE NO. 7:17CV00322 |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| NEW RIVER VALLEY REGIONAL | ) | |
| JAIL, | ) | By: Hon. Glen E. Conrad |
| | ) | United States District Judge |
| Defendant. | ) | |

In accordance with the accompanying memorandum opinion, it is hereby

### ADJUDGED AND ORDERED

that this civil action is **DISMISSED** without prejudice, pursuant to 28 U.S.C. § 1915A(b)(1), as

legally frivolous, and the action is stricken from the active docket of the court.

ENTER:  This  27th  day of July, 2017.

_____
United States District Judge